[No. 13608-2-II.   Division Two.   February 19, 1992.]

*In the Matter of the Estate of* VICTOR GOLDMAN.

PEARL GOLDMAN, *Appellant*, v. AGNES VOLKIRCH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-4-00609-2, E. Albert Morrison, J., entered January 26, 1990. *Affirmed* and *remanded* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 13865-4-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. MILLAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, Nos. 90-1-00004-4, 90-1-00005-2, 90-1-00006-1, James B. Sawyer II, J., entered April 30, 1990. *Vacated* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 14679-7-II.   Division Two.   February 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT J. SCHORR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00608-3, Leonard W. Kruse, J., entered January 9, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.